UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDEEP SINGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| P.A.M. TRANSPORT, INC. and ) | |
| ALAMOUN ALKHATIB, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, P.A.M. Transport, Inc., by and through their attorneys, HeplerBroom LLC, removes to this Court the above entitled case from the Circuit Court of Madison County, Illinois.

1. The removed case is a civil action filed on November 24, 2020 in the Circuit Court of the County of Madison, Illinois, bearing case number 2020-L-01670 in the records and files of that court.

2. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Summons and Complaint and all process, pleadings and Orders served upon Defendant.

3. Venue of this removed action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the state court action was pending.

4. Plaintiff, Randeep Singh, is a citizen of the State of Nebraska.

5. Defendant, P.A.M. Transport, Inc., is incorporated under the laws of Delaware, and its principal place of business is located in Arkansas.

6. Defendant, Alamoun Alkhatib, citizen of the State of Texas, has not been served.

1

7. Defendant, P.A.M. Transport, Inc., was served with the summons and Complaint on September 27, 2021.

8. This Notice of Removal is filed by Defendant with this Court within thirty days of receipt by Defendant through service of the initial pleading as required by 28 U.S.C. § 1446(b).

9. There is in excess of $75,000.00 in controversy in this matter. See Plaintiff's Summons wherein he claims the value of the case is $100,000.

10. Although Plaintiff's Complaint only prays for damages in an amount in excess of "the Court's minimum threshold for assignment," in the Summons served with the Complaint, Plaintiff claims $100,000 in damages. Plaintiff further claims that he suffered serious and permanent injuries to his neck, back, shoulders, arms and legs, lost wages and an inability to work, in addition to past and future medical expenses, pain and suffering and disability. See Complaint ¶¶ 18-19.

11. Accordingly, the amount in controversy for Plaintiff's claim is in excess of $75,000.00, exclusive of interests and costs.

12. Defendant removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and a sufficient amount in controversy.

13. Defendant will promptly serve written notice of the removal of this action upon Plaintiff and will file such notice with the Clerk of the Circuit Court for Madison County, Illinois, as required by 28 U.S.C. § 1446(d).

14. Defendant demands a trial by jury of all issues to be tried.

WHEREFORE, Defendants respectfully give notice that the above-entitled cause is removed from the Circuit Court of Madison County, Illinois, to the United States District Court for the Southern District of Illinois.

HEPLERBROOM LLC

By:   */s/Michael Reda*
MICHAEL REDA    #06184782
mxr@heplerbroom.com
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025
618/656-0184
618/656-1364 – Facsimile

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served this 26th day of October 2021 via the ECF/CM system with the Clerk of the Court and copies will be served electronically on the following:

Mr. Stephen R. Sough
steve@sloughlawoffice.com
1424 Washington Avenue
Suite 300
St. Louis, MO 63103
Attorney for Plaintiff

                      */s/Michael Reda*