***EFILED***
Case Number 2020L 001670
Date: 11/24/2020 2:36 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE 3RD JUDICIAL CIRCUIT
MADISON COUNTY
STATE OF ILLINOIS

RANDEEP SINGH,                                    )
                                                  )        2020L 001670
                                                  )
                      Plaintiff,                  )    Case No. _____
                                                  )
VS.                                               )
                                                  )
P.A.M TRANSPORT, INC.                             )    JURY TRIAL DEMANDED
                                                  )
                   Defendant,                     )
**Serve: 297 West Henri de Tonti Blvd**           )
**        Tontitown, AR 72770**                   )
                                                  )
And                                               )
                                                  )
ALMAMOUN ALKHATIB                                 )
                                                  )
                   Defendant                      )
**Serve: 5010 Grove West Blvd. Apt 110**          )
**        Stafford, TX 77477**                    )

**JURY DEMAND**

The undersigned demands a jury.


THE LAW OFFICE OF STEVE SLOUGH

By: _____
        Stephen R. Slough, #6307030
        Attorney for Plaintiff
        1424 Washington Ave., Suite 300
        St. Louis, MO 63103
        Phone: (314) 884-8504
        Fax: (314) 785-7999
        Steve@sloughlawoffice.com

NOT AN OFFICIAL COPY

November 25, 2020

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2020 L  001670

RANDEEP SINGH

Plaintiff(s)

VS.

PAM TRANSPORT INC

Defendant(s)

ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable  SARAH SMITH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: November 25, 2020

s/Bill Mudge
Chief Judge

***EFILED***
Case Number 2020L 001670
Date: 10/4/2021 12:55 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**Civil Return**

DATE : 09/27/2021
TIME : 03:33PM

TIM HELDER
**WASHINGTON COUNTY SHERIFFS OFFICE**
1155 CLYDESDALE
FAYETTEVILLE, AR. 72701-

(479) 444-5700                                                                 (479) 444-5713

Plaintiff: **RANDEEP SINGH**

.vs.  Case Number: **2020L-001670**

Defendant: **PAM TRANSPORT/ALKHATIB, ALMAMOUN**

Person To Serve: **PAM TRANSPORT, R/A DANIEL CUSHMAN**

Date Of Return: **09/27/2021 00:00:00**

Type Of Civil Paper: **SUMMONS/COMPLAINT**          Amount Due On Return: 0.00

| Paper Served |
|---|

I certify that I have SERVED the within named  by Serving,
**ANGELA CLARK (VICE PRESIDENT RISK MNGMT)**
**297 W HENRI DE TONTI BLVD**
**TONOTITOWN, AR.**

Served On: **09/27/2021**        At:  **1425**      By:  **ROBINSON, BRADLEY**

TIM HELDER
WASHINGTON COUNTY SHERIFFS OFFICE

Brad Robinson #133

**ROBINSON, BRADLEY**

NOT AN OFFICIAL COPY

***EFILED***
Case Number 2020L 001670
Date: 9/10/2021 12:06 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE 3RD JUDICIAL CIRCUIT
MADISON COUNTY
STATE OF ILLINOIS

RANDEEP SINGH,                          )
                                        )     Case No. 2020L-001670
            Plaintiff,                  )
                                        )
VS.                                     )
                                        )
P.A.M TRANSPORT, INC.,                  )
                                        )
AND                                     )
                                        )
ALMAMOUN ALKHATIB,                      )
                                        )
            Defendants.                 )

## PLAINTIFF'S REQUEST FOR ALIAS SUMMONS

COMES NOW Plaintiff Randeep Singh, by and through the undersigned counsel, and requests that an Alias Summons be issued to Defendant P.A.M. Transport, Inc., by serving the Registered Agent, Daniel Cushman at 297 West Henri de Tonti Blvd., Tontitown, AR 72770.

**The Law Office of Steve Slough**


*/s/ Stephen R. Slough*
Stephen R. Slough       #6307030
The Law Office of Steve Slough
Attorney for Plaintiff
1424 Washington Ave, Suite 300
St. Louis, MO 63103
T: (314) 884-8504
F: (314) 785-7999
steve@sloughlawoffice.com

***EFILED***
Case Number 2020L 001670
Date: 9/10/2021 12:19 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE 3RD JUDICIAL CIRCUIT
MADISON COUNTY
STATE OF ILLINOIS

| | | |
|---|---|---|
| RANDEEP SINGH, | ) | Case No. 2020L-001670 |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| P.A.M TRANSPORT, INC., | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ALMAMOUN ALKHATIB, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REQUEST FOR ALIAS SUMMONS**

COMES NOW Plaintiff Randeep Singh, by and through the undersigned counsel, and

requests that an Alias Summons be issued to Defendant Almamoun Alkhatib at 5010 Grove West

Blvd., Apt 110, Stafford, TX 77477.

The Law Office of Steve Slough



/s/ Stephen R. Slough
Stephen R. Slough        #6307030
The Law Office of Steve Slough
Attorney for Plaintiff
1424 Washington Ave, Suite 300
St. Louis, MO 63103
T: (314) 884-8504
F: (314) 785-7999
steve@sloughlawoffice.com

***EFILED***
Case Number 2020L 001670
Date: 11/24/2020 2:36 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE 3RD JUDICIAL CIRCUIT
MADISON COUNTY
STATE OF ILLINOIS

RANDEEP SINGH,                                )
                                              )        2020L 001670
                                              )
              Plaintiff,                      )   Case No. _____
                                              )
VS.                                           )
                                              )
P.A.M TRANSPORT, INC.                         )
                                              )
              Defendant,                      )
**Serve: 297 West Henri de Tonti Blvd**       )
         **Tontitown, AR 72770**              )
                                              )
And                                           )
                                              )
ALMAMOUN ALKHATIB                             )
                                              )
              Defendant                       )
**Serve:** 5010 Grove West Blvd. Apt 110      )
         Stafford, TX 77477                   )

## COMPLAINT

COMES NOW Plaintiff, Randeep Singh, by and through his attorneys, The Law Office of Steve Slough, and for his claims against Defendants P.A.M. Transport, Inc., Inc. and Alamoun Alkhatib states as follows:

## GENERAL ALLEGATIONS

1.      At all times relevant, Plaintiff Randeep Singh ("Plaintiff ") is a resident of the State of Nevada.

2.      Defendant P.A.M. Transport, Inc. ("Defendant P.A.M") is a foreign corporation, with a principal place of business in the State of Arkansas, that conducts business in the State of Illinois, among many other states, as an interstate motor carrier subject to Federal Motor

Carrier Safety Regulations promulgated by the Federal Motor Carrier Safety Administration, U. S. Department of Transportation.

3.      Defendant Almamoun Alkhatib ("Defendant Alkhatib") is a resident of Fort Bend County, State of Texas.

4.      Pursuant to ILCS 5/2-101 venue in this action properly lies Madison County, Illinois insofar as it represents the County where Plaintiff's cause of action arises out of.

5.      On October 3, 2019, Plaintiff Singh was in the cabin of his 2007 Kenworth Tractor Trailer in the parking lot of Flying J, 1310 East Chain of Rocks, Rd., Pontoon Beach, Illinois.

6.      On or about October 3, 2019 Defendant P.A.M. owned a commercial vehicle, USDOT 179752, being driven by its agent, servant and/or employee, Defendant Alkhatib.

7.      On or about October 3, 2019 Defendant Alkhatib was operating said commercial vehicle, owned by Defendant P.A.M., on the parking lot of the Flying J located at 1310 East Chain of Rocks Rd., Pontoon Beach, Illinois.

8.      On or about October 3, 2019 Defendant Alkhatib, as an agent, servant and/or employee of Defendant P.A.M., operated said commercial vehicle in such a manner as to strike Plaintiff's commercial vehicle.

9.      On or about October 3, 2019 Defendant Alkhatib, as an agent, servant and/or employee of Defendant P.A.M., had a duty to operate, maintain, manage and control the vehicle he was driving with the highest degree of care as to avoid colliding with and injuring Plaintiff.

**COUNT I – NEGLIGENCE – DEFENDANT P.A.M. TRANSPORT, INC.**

2

13.     Plaintiff adopts by reference each and every paragraph and sub-paragraph contained in paragraphs 1-12 above.

14.     On October 3, 2019, Defendant P.A.M.'s agent, servant and/or employee, while acting within the scope of his employment, was operating his commercial vehicle on the parking lot of the Flying J located at 1310 East Chain of Rocks Rd., Pontoon Beach, Illinois.

15. On or about October 3, 2019, Defendant P.A.M.'s agent, servant and/or employee permitted his commercial vehicle to collide with Plaintiff' vehicle resulting in injuries to Plaintiff which were the direct and proximate result of the carelessness and negligence of Defendant P.A.M.

16.     The collision was a direct result of the negligence of Defendant P.A.M., acting through its agents, servants or employee, individually or in combination, in one or more of the following respects:

a)     Defendant Alkhatib drove at an excessive speed;

b)     Defendant Alkhatib knew or by the use of ordinary care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slackened speed or sounded a warning;

c)     Defendant Alkhatib failed to keep a careful lookout;

d)     Defendant Alkhatib was following Plaintiff too closely;

e)     Defendant Alkhatib's vehicle came into collision with Plaintiff's truck;

f)     Defendant's Alkhatib was operating the vehicle while using a cellular device.

17.     Defendant P.A.M., acting through its agents, servants or employee, individually or in combination, owed a duty of care to members of the general public, including Plaintiff, while utilizing the public roadways on or about October 3, 2019.

18.     That as a direct result of Defendant P.A.M.'s negligence in one or more of these respects, Plaintiff has suffered injuries to his head, neck, back, shoulders, arms and legs; sought and received medical care for these injuries and are reasonably certain to require medical treatment in the future; has experienced pain, suffering and disability and are reasonably certain to experience pain, suffering and disability permanently; has lost work wages and his ability to earn wages has been diminished; all to his damage.

19.     That as a direct result of Defendant P.A.M's negligence, in one or more of these respects, Plaintiff has incurred medical bills and are certain to incur medical bills in the future.

**WHEREFORE,** Plaintiff Randeep Singh prays for judgment in a fair and reasonable amount in excess of of the Court's minimum threshold for assignment where this claim is filed pursuant to 735 ISCL 5/2-604 and for any such other and further relief as is fair and reasonable to compensate Plaintiff for damages sustained as well as his costs and expenses incurred herein.

<u>**COUNT II – NEGLIGENCE – DEFENDANT ALKHATIB**</u>

20.     Plaintiff adopt by reference each and every paragraph and sub-paragraph contained in paragraphs 1-19 above.

21.     On October 3, 2019 Defendant Alkhatib, Defendant P.A.M's agent, servant and/or employee, while acting within the scope of his employment, was operating his commercial vehicle on the parking lot of the Flying J located at 1310 East Chain of Rocks Rd., Pontoon Beach, Illinois.

22.     On October 3, 2019 Defendant Alkhatib, Defendant P.A.M.'s agent, servant and/or employee, while acting within the scope of his employment, permitted his commercial

vehicle to collide with Plaintiff's vehicle, resulting in injuries to Plaintiff which were the direct and proximate result of the carelessness and negligence of Defendant Alkhatib.

23.     The collision was a direct result of the negligence of Defendant Alkhatib, acting as agent, servant and/or employee within the scope of his employment with Defendant P.A.M., individually or in combination, in one or more of the following respects:

a)      Defendant Alkhatib drove at excessive speed;

b)      Defendant Alkhatib knew or by the use of ordinary care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slackened speed or sounded a warning ;

c)      Defendant Alkhatib failed to keep a careful lookout;

d)      Defendant Alkhatib was following Plaintiff too closely;

e)      Defendant Alkhatib vehicle came into collision with Plaintiff's truck;

f)      Defendant Alkhatib was operating the vehicle while using a cellular device.

24.     Defendant Alkhatib, acting as agent, servant and/or employee within the scope of his employment, Defendant P.A.M., individually or in combination, owed a duty of care to members of the general public, including Plaintiff, while using the public roadways on or about October 3, 2019.

25.     As a direct and proximate result of the negligence and carelessness of Defendant Alkhatib, acting within the scope of his employment, as aforesaid, Plaintiff has suffered injuries to his head, neck, back, shoulders, arms and legs; has sought and received medical care for these injuries and are reasonably certain to require medical treatment in the future.

26.     As a direct and proximate result of the negligence and carelessness of Defendant Alkhatib, acting within the scope of his employment, Plaintiff experienced pain, suffering, and

disability and are reasonably certain to experience pain, suffering, and disability permanently; has lost work wages and his ability to earn wages has been diminished; all to his damage.

27.     As a direct and proximate result of the negligence and carelessness of Defendant Alkhatib, acting within the scope of his employment, Plaintiff has incurred medical bills and are certain to incur medical bills in the future.

**WHEREFORE,** Plaintiff Randeep Singh prays for judgment in a fair and reasonable amount in excess of of the Court's minimum threshold for assignment where this claim is filed pursuant to 735 ISCL 5/2-604 and for any such other and further relief as is fair and reasonable to compensate Plaintiff for damages sustained as well as his costs and expenses incurred herein.

*Respectfully Submitted,*

/s/ Stephen R. Slough
Stephen R. Slough      #63249
The Law Office of Steve Slough
Attorney for Plaintiff
1424 Washington Ave, Suite 300
St. Louis, MO 63103
T: (314) 884-8504
F: (314) 785-7999
steve@sloughlawoffice.com