UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDEEP SINGH,

    Plaintiff,

 v.

P.A.M. TRANSPORT, INC. and
ALAMOUN ALKHATIB,

    Defendants.

Case No. 21-cv-1342-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of attorney Stephen R. Slough, plaintiff Randeep Singh's counsel, to withdraw from this case (Doc. 41).  He asks the Court to allow Singh 90 days to obtain new counsel and to vacate the current scheduling and discovery order.  The defendants object to allowing 90 days for new counsel to appear and to vacating the current schedule but do not object to counsel's withdrawal (Doc. 42).

In light of Slough's representation that Singh consents to his withdrawal, the Court will allow Slough to withdraw from the case.  However, it will not allow Singh 90 days to obtain new counsel or vacate the current schedule at this time.  SDIL-LR 83.1(g)(2) provides that a party whose counsel has withdrawn has 21 days to have new counsel enter an appearance.  This is an appropriate time frame to allow sufficient time without unduly delaying the progress of the case.  In addition, the Court has indicated that it will revisit the scheduling and discovery order in a telephone status conference currently set for June 9, 2022.

For these reasons, the Court **GRANTS in part** and **DENIES in part** the plaintiff's motion (Doc. 41).  The Court **GRANTS** counsel's motion to withdraw and **TERMINATES** Slough as counsel in this case.  The Court further **ORDERS** that Singh shall, within 21 days of

entry of this order, retain other counsel and have new counsel file a notice of appearance or, in the alternative, notify the Court that the plaintiff will be proceeding *pro se*.  If the plaintiff fails to do either of these things in a timely manner, the Court may construe the failure as an intent not to pursue this litigation and may dismiss this case for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and/or the Court's inherent authority to manage its docket.  *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995); *see Grun v. Pneumo Abex Corp.*, 163 F.3d 411, 425 (7th Cir. 1998).  The Court **DENIES** the motion in all other respects.

The Court **DIRECTS** the Clerk of Court to send a copy of this order to Singh at the address provided for him in Slough's motion to withdraw:  6327 Sharp Rock Ct., Las Vegas, NV 89139.

**IT IS SO ORDERED.**
**DATED:  May 24, 2022**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**