UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDEEP SINGH,

    Plaintiff,

v.

P.A.M. TRANSPORT, INC. and
ALAMOUN ALKHATIB,

    Defendants.

Case No. 21-cv-1342-JPG

## JUDGMENT

This matter having come before the Court, and the Court having found that the plaintiff has failed to prosecute this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** September 2, 2022

                                           **MONICA A. STUMP, Clerk of Court**

                                           **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**